```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JOSE A. RODRIGUEZ,

                    Plaintiff,

    - against -

ELVIS SARITA DURAN, ET AL.,

                    Defendants.

23-cv-10975 (JGK)

ORDER OF SERVICE

**JOHN G. KOELTL, District Judge:**

    Because the plaintiff in this case has been granted permission to proceed in forma pauperis, he is entitled to rely on the Court and the U.S. Marshals to effect service. See Walker v. Schult, 717 F.3d 119, 123 n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).

    On January 17, 2024, this Court issued an Order of service providing for service on the defendants by the U.S. Marshals Service. ECF No. 5. On January 24, 2024, the pro se plaintiff provided updated addresses for two of the defendants, Elvis Sarita Duran and Anaica Allen. ECF No. 9.

    To allow the plaintiff to effect service on the two defendants at the updated addresses, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for the defendants. The Clerk of Court is further directed to: (1) complete the USM-258 form with the addresses below and (2) issue a summons and deliver to the U.S. Marshals Service a copy of this Order of Service and all documents

necessary to effect service of the summons and the complaint on the two defendants. The service addresses for the two defendants are as follows:

1. Elvis Sarita Duran
   The Hotel @ Times Square
   59 W 46th Street
   New York, New York 10036

2. Anaica Allen
   The Hotel @ Times Square
   59 W 46th Street
   New York, New York 10036

**SO ORDERED.**

**Dated:**   **New York, New York**
         **January 29, 2024**

_____
John G. Koeltl
**United States District Judge**

2